UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOWLUS ROAD CHIEF LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LDRV HOLDINGS CORP. et al.,<br><br>    Defendants. | Case No. 2:25-cv-04001-SB-BFM<br><br>ORDER TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION |

    Federal courts have subject-matter jurisdiction only over matters authorized by the Constitution and Congress. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). This Court has a duty to assess whether federal subject-matter jurisdiction exists and may consider the issue sua sponte at any stage of the proceedings. *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

    A federal district court has original jurisdiction over a civil action when (1) a federal question is presented in an action "arising under the Constitution, laws, or treaties of the United States" or (2) there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1331, 1332(a). Complete diversity means that each of the plaintiffs must be a citizen of a different state than each of the defendants. *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

    Its is complaint, Plaintiff states that it is a Nevada limited liability company with its headquarters and principal place of business in California. Dkt. No. 1 ¶ 1. However, the citizenship of a limited liability company is determined by the citizenship of each of its members. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Plaintiff has not provided any information

1

about the identity or citizenship of its members.  Without such information, the Court is unable to determine whether jurisdiction is proper.

      Plaintiff is ORDERED to show cause, in writing, by no later than June 4, 2025, whether the Court has jurisdiction over this case by demonstrating complete diversity of citizenship between the parties.  *Failure to timely comply will result in dismissal for lack of jurisdiction.*

Date: May 23, 2025

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge